

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00823-CV

**WILLIAMSBURG CARE CO., LP** d/b/a Princeton Place Rehabilitation and Healthcare,
Appellant

v.

Jesus **ACOSTA**, Individually and as Representative of the Estate of Maria Acosta, Deceased; et al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16420
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the stay of proceedings in trial cause number 2012-CI-16420 is hereby LIFTED, and this appeal is DISMISSED.

It is ORDERED that costs of this appeal are assessed against the party that incurred them.

SIGNED July 15, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice